■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PORTORREAL, Appellant.—Judgment, Supreme Court, New York County (Jay Gold, J.), rendered on July 9, 1986, unanimously affirmed. Motion to relieve assigned counsel and for other related relief denied. No opinion. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.